IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **FAITH WALKER**, | Case No. 3:25-cv-00243-JR |
| Plaintiff, | **ORDER ADOPTING F&R** |
| v. | |
| **LINES FOR LIFE**, an Oregon corporation, | |
| Defendant. | |

Robert K. Meyer and Michael V. Owens, Meyer Employment Law, 1000 SW Broadway, Suite 2300, Portland, OR 97205. Attorneys for Plaintiff.

Scott Oborne and Anthony Copple, Jackson Lewis PC, 200 SW Market Street, Suite 540, Portland, OR 97201. Attorneys for Defendant.

**IMMERGUT, District Judge.**

On April 22, 2025, Magistrate Judge Russo issued her Findings and Recommendation ("F&R"), ECF 13. The F&R recommends that this Court grant Defendant's partial Motion to Dismiss, ECF 5. No party filed objections.

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If a party objects to a magistrate judge's F&R, "the court shall make a

PAGE 1 – ORDER ADOPTING F&R

de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R that are not objected to. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, *sua sponte*" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

No party having filed objections, this Court has reviewed the F&R and accepts Judge Russo's conclusions. The F&R, ECF 13, is adopted in full. Defendant's Motion to Dismiss, ECF 5, is GRANTED. Plaintiff's Oregon Family Leave Act claim is DISMISSED without leave to amend because amendment would be futile. *See Cervantes v. Countrywide Home Loans, Inc.*, 656 F.3d 1034, 1041 (9th Cir. 2011); *Rand v. Midland Nat'l Life Ins.*, 857 F. App'x 343, 348 (9th Cir. 2021).

**IT IS SO ORDERED**.

DATED this 7th day of May, 2025.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge